United States District Court
for the
Eastern District of New York

| | |
|---|---|
| ONEWEST BANK, N.A.<br>                Plaintiff,<br>    v.<br><br>JANET HOWARD, PNC BANK, NATIONAL ASSOCIATION, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, JOHN DOE (being fictitious and unknown to Plaintiff, intended to be tenants, occupants, persons, or corporations having or claiming an interest in or lien encumbering the property described in the Complaint or their heirs at law, distributes, executors, administrators, trustees, guardians, assignees, creditors, or successors.)<br>                Defendants. | Civil Action No. 14-cv-7470<br><br>COMPLAINT |

## AS AND FOR A FIRST CAUSE OF ACTION, PLAINTIFF HEREIN ALLEGES

Plaintiff, by its attorneys Gross Polowy, LLC, for its complaint against the Defendants allege as follows:

### INTRODUCTION

1. This action is brought pursuant to New York Real Property Actions and Proceeding Law (RPAPL) Article 13, to foreclose a mortgage encumbering 334 Herzl Street, Brooklyn, New York 11212, together with the land, buildings, and other improvements located on the property ("the Property"). The legal description of the property is attached as Schedule A.

### PARTIES

2. Plaintiff is a National Association with its principal place of business at 888 East Walnut Street, Pasadena, California 91101, the holder of the note secured by the mortgage and the

mortgagee, or was delegated authority to institute this mortgage foreclosure action by the owner and holder of the note and mortgage.

3. Defendant Janet Howard is a citizen of New York, and the owner of the property.

4. Defendant PNC Bank, National Association is a corporation or other business entity formed under the laws of Delaware with its principal place of business in Pennsylvania, and the holder of a lien encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

5. Defendant New York City Environmental Control Board is a city agency, existing under the laws of New York with its principal place of business in New York, and the holder of a lien encumbering the property, which is subject and subordinate to Plaintiff's mortgage.

6. Defendants John Doe, the names of whom are unknown to Plaintiff, are citizens of New York, tenants, occupants, persons or corporations, heirs at law, distributes, executors, administrators, trustees, guardians, assignees, creditors or successors whose interest or lien is either subordinate to Plaintiff's mortgage, paid in full, equitably subordinated, or adverse to Plaintiff's mortgage.

7. The defendant(s) claim an interest or lien encumbering the property, which is either subordinate to Plaintiff's mortgage, or paid in full, equitably subordinated, or adverse to Plaintiff's mortgage. The interest or lien of each defendant is attached as Schedule B.

8. The interest or lien of any governmental entity is attached as Schedule C.

STATEMENT OF JURISDICTION

9. Federal subject matter jurisdiction exists pursuant to 28 USC Section 1332 because complete diversity exists among the defendants and the amount in controversy, without interest and costs, exceeds the $75,000.00.

## VENUE

10. Venue is proper pursuant to 28 USC Section 1391 because the property is located in this District and a substantial part of the events and omissions giving rise to this action occurred in this District.

## FACTUAL BACKGROUND

11. On or about May 25, 2007, Janet Howard executed and delivered a note whereby Janet Howard promised to pay the sum of $600,000.00 plus interest on the unpaid amount due.

12. As security for the payment of the note, Janet Howard duly executed and delivered a mortgage on the property, which was recorded as follows:

> Recording Date: June 20, 2007
> CRFN: 2007000317812
> City Register of: City of New York, Kings County

13. The mortgage was modified on December 8, 2008. The mortgage was subsequently assigned to OneWest Bank, FSB. OneWest Bank, N.A. is formerly known as OneWest Bank, FSB.

14. Janet Howard failed to make payment in accordance with the terms of the note and mortgage by not making the payment due on February 1, 2009 and subsequent payments. Accordingly, Plaintiff hereby accelerates the payments and declares due the entire amount owed on the note and secured by the mortgage.

15. There is now due and owing on the note and mortgage the following amounts:

> Principal balance: $624,147.50
> Interest Rate: 5.5%
> Date interest accrues from: January 1, 2009

together with late charges, monies advanced for taxes, assessments, insurance, maintenance, and preservation of the property, and the costs, allowances, expenses of sale, and reasonable attorney's

fees for the foreclosure.

16. In order to protect the value of the property and its rights in the property, the Plaintiff may have to pay taxes, assessments, water charges, insurance premiums, and other charges. Plaintiff requests that any amount it pays, together with interest, be included in the total amount due.

17. Plaintiff has complied with the notice provision of the mortgage and RPAPL Section 1304 and filed the information required by RPAPL Section 1306. The mortgage was originated in compliance with all provisions of section 595-a of the New York Banking Law and any rules or regulations promulgated thereunder, and, if applicable, sections 6-l or 6-m of the Banking law.

18. No action was brought to recover any part of the mortgage debt or if any such action is pending final judgment for Plaintiff was not rendered and it is the intent of the Plaintiff to discontinue it.

AS AND FOR A SECOND CAUSE OF ACTION,
PLAINTIFF HEREIN ALLEGES

19. Plaintiff repeats and realleges the allegations contained in Paragraphs "1" through "18", as the fully set forth herein.

20. That the recorded mortgage, that is the subject of this action, accurately reference the address of the property encumbered by the mortgage as: 334 Herzl Street, Brooklyn, New York 11212.

21. That the legal description contained in deep dated May 25, 2007 and recorded June 20, 2007 in CRFN 2007000317811 (attached hereto as Schedule A-1) accurately describes said property.

22. That the legal description in said mortgage contained an error, to wit: the mortgage

was erroneously recorded without a legal description and the description contained in deed recorded June 20, 2007 in CRFN 2007000317811 should be substituted to reflect the intent of the parties.

23. Plaintiff hereby requests reformation of the said mortgage recorded June 20, 2007 in CRFN 2007000317812 by Order of this Court as contained in a clause in the Judgment of Foreclosure stating the following.

ORDERED, that the legal description in the mortgage recorded June 20, 2007 in CRFN 2007000317812 is hereby reformed so that the property description reads as follows.

WHEREFORE, PLAINTIFF DEMANDS:

a. Judgment determining the amount due Plaintiff for principal, interest, late charges, taxes, assessments, insurance, maintenance and preservation of the property and other similar charges, together with costs, allowances, expenses of sale, reasonable attorney's fees, all with interest.
b. A referee be appointed to sell the property at auction to the highest bidder, in accordance with to RPAPL Article 13.
c. The interest of the defendant(s) and all persons claiming by or through them be foreclosed and their title, right, claim, lien, interest or equity of redemption to the property be forever extinguished.
d. The Plaintiff be paid out of the sale proceeds the amounts due for principal, interest, late charges, taxes, assessments, insurance, maintenance and preservation of the property, and other similar charges, together with costs, allowances, expenses of sale, reasonable attorney's fees, all with interest, and that the sale proceeds be distributed in accordance with to RPAPL Article 13.
e. The property be sold in as is condition, subject to the facts an inspection or accurate survey of the property would disclose, covenants, restrictions, easements and public utility agreements of record, building and zoning ordinances and violations, and the equity of redemption of the United States of America.
f. Plaintiff may purchase the property at the sale.
g. A receiver be appointed for the property, if requested by Plaintiff
h. A deficiency judgment against all obligors on the note, for the amount that remains due after distribution of the sale proceeds, unless the debt was discharged in a bankruptcy, be granted if requested by Plaintiff.
i. If the Plaintiff possesses other liens against the property, they not merge with the mortgage being foreclosed and that Plaintiff, as a subordinate lien holder, be allowed to share in any surplus proceeds resulting from the sale.
j. Awarding the relief requested in the SECOND cause of action stated in this complaint.

    k.   The Court award Plaintiff additional relief that is just, equitable and proper.


Dated: Amherst, New York  
November 26, 2014

By:  
/s/ Keith R. Young_____  
Keith R. Young, Esq.  
Gross Polowy, LLC  
Attorneys for Plaintiff  
25 Northpointe Parkway, Suite 25  
Amherst, NY 14228  
Tel.: 716-204-1700

**Schedule A - Legal Description**



Reference ID:                                                          Title No:

**SEARCH NO. FARS-1021753**

**Schedule A- Description of the Premises**

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, State of New York bounded and described as follows:

BEGINNING at a point distant 40.00 feet southerly from the intersection of the southerly side of Livonia Street and the westerly side of Herzl Street;

RUNNING THENCE southerly along the westerly side of Herzl Street, 20.00 feet;

THENCE westerly at right angles to the aforementioned course, 80.00 feet;

THENCE northerly at right angles to the aforementioned course, 20.00 feet;

THENCE easterly along the southerly side of Livonia Avenue, 80.00 feet to the point or place of BEGINNING.

Said description drawn in accordance with a survey dated March 26, 2007 made by A&P Engineering and Land Surveying & P.C.

334 Herzl Street, Brooklyn, New York (Borough of Brooklyn, City of New York) Kings County
**Block 3584 Lot 34**

# Schedule A

## **Schedule A-1 - Legal Description**

This legal description is contained in the deed date May 25, 2007 and recorded on June 20, 2007 in CRFN 2007000317812 used for the allegations contained in Plaintiff's second cause of action.

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2007052900124001002EBC66

### RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 4

| | | |
|---|---|---|
| Document ID: 2007052900124001 | Document Date: 05-25-2007 | Preparation Date: 06-06-2007 |
| Document Type: DEED | | |
| Document Page Count: 3 | | |

**PRESENTER:**
SAXONY TITLE SERVICES LLC
2286 NOSTRAND AVENUE
(HOLD-FOR-PICKUP-RAPID)
BROOKLYN, NY 11210
718-692-1800
sgreenwald@saxonytitle.com

**RETURN TO:**
BOHENSKY ASSOCIATES COUNSELORS OF LAW
2115 AVENUE O
BROOKLYN, NY 11210

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3584 | 34 | Entire Lot | 334 HERZL STREET |

Property Type: DWELLING ONLY - 3 FAMILY

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year_____ Reel ___ Page____ or File Number_____

### PARTIES

**GRANTOR/SELLER:**
RDG LIVONIA, LLC
334 HERZL STREET
BROOKLYN, NY 11203

**GRANTEE/BUYER:**
JANET HOWARD
619 EAST 80 STREET
BROOKLYN, NY 11238

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 75.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 10,345.50 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 2,904.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK
Recorded/Filed   06-20-2007 13:43
City Register File No.(CRFN): 2007000317811

*Annette M Hill*
City Register Official Signature

# Schedule A-1

Form 26/33-BSD (8/95) Bargain and Sale Deed with Covenant against Grantor's Act Individual or Corporation
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYER'S ONLY

THIS INDENTURE, made the 25 day of May in the year Two Thousand Seven

        RDG LIVONIA, LLC
        located at 660 E. 52nd Street, Brooklyn, New York 11203

party of the first part, and

        JANET HOWARD
        residing at 619 E. 80th Street, Brooklyn, New York 11238

party of the second part,

WITNESSETH, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Bronx, City and State of New York, and more particularly described in

    SCHEDULED A ANNEXED HERETO AND MADE A PART HEREOF

SAID PREMISES KNOWN AS 334 Herzl Street, Brooklyn, New York.

BEING AND INTENDED to be the same premises conveyed to the party of the first part by deed dated April 6, 2006 and recorded April 28, 2006 in the Office of the City Register of the City of New York at CRFN No. 2006000238117.

"This Conveyance is made during the ordinary course of business actually conducted by the party of the first part".

TOGETHER with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof;

TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust

Schedule A-1

fund to be applied for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

                        RDG LIVONIA, LLC

                        By: _____
                             KAMRAN BADKOBEH
                             Member

STATE OF NEW YORK )
                    ).SS:
COUNTY OF KINGS )

On this 25 day of May, in the year 2007, before me, the undersigned, a notary public in and for said State, personally appeared Kamran Badkobeh, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual or the person on behalf of which the individual acted, executed the instrument.

                                 NOTARY PUBLIC

SHAUL GREENWALD
NOTARY PUBLIC, State of New York
No. 01GR6146206
Qualified in Kings County
Commission Expires May 15, 2010

**!SEAL**

**BARGAIN AND SALE DEED**
With Covenant Against Grantor's Acts

Title No.:
_____

RDG LIVONIA, LLC

                             Section
                             Block    3584
      to                    Lot      34
                             County or Town KINGS

JANET HOWARD

_____

                        Return by Mail to:
                       BOHENSKY ASSOCIATES
                        Counselors of Law
                        2115 Avenue O
                      Brooklyn, New York 11210

## Schedule A-1



To:

## SAXONY TITLE SERVICES LLC
### as Agent for
### Fidelity National Title Insurance Company Of New York

SCHEDULE A - DESCRIPTION

Title Number: ST-07-1146

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, State of New York bounded and described as follows:

BEGINNING at a point distant 40.00 feet southerly from the intersection of the southerly side of Livonia Street and the westerly side of Herzl Street;

RUNNING THENCE southerly along the westerly side of Herzl Street, 20.00 feet;

THENCE westerly at right angles to the aforementioned course, 80.00 feet;

THENCE northerly at right angles to the aforementioned course, 20.00 feet;

THENCE easterly along the southerly side of Livonia Avenue, 80.00 feet to the point or place of BEGINNING.

Said description drawn in accordance with a survey dated March 26, 2007 made by A&P Engineering and Land Surveying, P.C.

Designated as Block 3584 Lot 34 and also known as 334 Herzl Street.

Schedule A Page 2 of 2


Schedule A-1

## Schedule B-Defendants

| | |
|---|---|
| JANET HOWARD | Record owner and original mortgagor |
| PNC BANK, NATIONAL ASSOCIATION | Holder of a mortgage. |
| JOHN DOE | Said name being fictitious, the names unknown to Plaintiff intended to be tenants, occupants, persons or corporations having or claiming an interest in or lien upon the property described in the complaint or their heirs at law, distributees, executors, administrators, trustees, guardians, assignees, creditors or successors. |

## **Schedule C - Defendants**

| | |
|---|---|
| NEW YORK CITY ENVIRONMENTAL CONTROL BOARD | Holder of possible judgments against Janet Howard, see attached. |

AB

Page 2/3

```
COHEN & SLAMOWITZ
199     CROSSWAYS PARK DR.
WOODBURY   NY        11797-

Amount: $1,627.59
------------------------------------------------------------
END RETURNS
************************************************************

JUDGMENTS -

Kings County from ( 08/90 to 10/28/14 )

Search Parameters- Last:howard     First:jan

Hospital Liens - Run Only

END RETURNS
************************************************************

(Environmental Control Board (Fire and Building) - Ending Date 09/30/14)

Search Parameters- Last:howard     First:jan

HOWARD JANET
600 ST MARKS AVENUE
BROOKLYN, NY 11216
ECB Violation No.: 156771900      Date-10/07

Amt: $300.00
------------------------------------------------------------
HOWARD JANET
600 ST MARKS AVENUE
BROOKLYN, NY 11216
ECB Violation No.: 154038583      Date-01/08

Amt: $300.00
------------------------------------------------------------
HOWARD JANET
600 ST MARKS AVENUE
BROOKLYN, NY 11216
ECB Violation No.: 148622569      Date-04/07

Amt: $300.00
------------------------------------------------------------
HOWARD JANET
600 ST MARKS AVENUE
BROOKLYN, NY 11216
ECB Violation No.: 153974224      Date-04/07

Amt: $300.00
------------------------------------------------------------
HOWARD JANET
600 ST MARKS AVENUE
BROOKLYN, NY 11216
ECB Violation No.: 152875571      Date-04/07

Amt: $300.00
------------------------------------------------------------
```

2/3

Wednesday October 29, 2014

AB

AB

Page 3/3

```
HOWARD JANET
600 ST MARKS AVENUE
BROOKLYN, NY 11216
ECB Violation No.: 150839655      Date-04/07

Amt: $300.00
------------------------------------------------------------
HOWARD JANET
600 ST MARKS AVENUE
BROOKLYN, NY 11216
ECB Violation No.: 148616968      Date-10/06

Amt: $350.00
------------------------------------------------------------
JANET HOWARD
305 QUINCY STREET
BK, NY 11216
ECB Violation No.: 34642891Z      Date-10/09

Amt: $13,050.00
------------------------------------------------------------
JAN
68 MONTAGUE STREET
BK, NY 11201
ECB Violation No.: 34881512H      Date-07/11

Amt: $6,222.47
------------------------------------------------------------
END RETURNS
*************************************************************
```