

December 12, 2018

**VIA ECF:**
Clerk of the Court
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *CIT Bank, N.A. v. Janet Howard et al.*
Civil Action No.: 14-cv-07470

Dear Clerk of the Court:

      The Plaintiff respectfully requests Michael W. Nardolillo, Esq., be removed as an attorney of record for Plaintiff in this case because Michael W. Nardolillo, Esq. is no longer employed by Gross Polowy LLC. Thank you for your time and consideration in this matter.

      Respectfully Submitted,

      /SJV/
      Stephen J. Vargas, Esq.
      **Gross Polowy, LLC**
      *Attorneys for Plaintiff*
      900 Merchants Concourse, Suite 412
      Westbury, NY 11590
      Tel.: 716-204-1700
      Fax: 716-204-1702